# Court of Appeals of the State of Georgia

ATLANTA, March 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0318. JEREMY KNOWLES v. CHELSEA KNOWLES.

Jeremy Knowles has filed a motion for reconsideration of our order dismissing his application for discretionary review. The motion for reconsideration is hereby GRANTED; our dismissal order of February 11, 2026, is VACATED; and this application is REINSTATED. Further, this application for discretionary review is hereby GRANTED. Knowles shall have ten days to file a notice of appeal in the trial court, if he has not already done so. See OCGA § 5-6-35(g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/10/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*